Ralph J. GUILLETTE v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 270-78

December 4, 1979. Motion of appellant to reconsider dismissal is denied.

Mose SUPRENANT d/b/a Suprenant's Garage v. Merrill GREEN, Sr., No. 286-78

December 4, 1979. Appeal dismissed for failure to comply with the order dated October 3, 1979.

Dorothy SANVILLE v. Robert and Nancy WILLIAMS, No. 293-78

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Hans Walter VAHLTEICH & Beverly Vahlteich Daigle v. Pauline KNOTT and Clyde L. Knott, No. 316-78

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.

Olin C. BROOKS, Jr. v. STATE of Vermont, No. 329-78

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Sue VAUDRIN and Peter Bull, b/n/f Claude Price v. Joseph HANDY, et al., No. 335-78

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

ALLEN OIL COMPANY, INC. v. REDEMPTION METALS CORP., No. 338-78

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Constance MILLER v. A. N. DERINGER, INC. and Northern Security Insurance Company, No. 351-78

December 4, 1979. Printed case to be filed on or before January 4, 1980, or cause dismissed.

Harold SCHWARTZ v. Robert L. RANNOW, No. 2-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or cause dismissed.